UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61100-CIV-SINGHAL/STRAUSS

DMITRY ZINGER, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

PRINCE LABORATORIES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation of Dismissal filed jointly by the parties. (DE [18]).  The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE,** with each party bearing its own attorneys' fees and costs.  The Clerk is directed to **CLOSE** this case.  All deadlines and hearings are **CANCELED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF